IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHAMPION AEROSPACE, INC.                CASE NO. 3:06cv02796

    Plaintiff                                Judge David A. Katz

  v.

SPARK LINE TOOLS, INC., et al           STATEMENT OF DEFENDANTS

    Defendants

I, Francis J. Kelly, declare as follows:

1.  I am the President of Spark Line Tools, Inc. and Kell-Strom Tool Company ("Kell-Strom). I have held these positions for over 20 years. I am personally familiar with the matters set forth herein.

2.  Pursuant to paragraph 6 of the Final Judgment we have paid the agreed upon settlement amount to the plaintiff and we have notified all principals, officers, agents, servants, employees, successors and any others in our companies that we have been enjoined as per the provisions of paragraph 6 subsections (i) (ii) (iii) (iv) and (v) from using Champion Aviation or Champion Trademarks in the aviation or turbine engine goods or services market and that we have taken action to insure that these provisions are adhered to now and in the future.

I declare under penalty of perjury that the foregoing is true and correct.

IN WITNESS WHEREOF, Francis J. Kelly has caused this instrument to be executed and delivered this 10th day July, 2007.

                                      SPARK LINE TOOLS, INC.

                                      AND

                                      The Kell-Strom Tool Co., INCORPORATED

                                      By: _____
                                               Francis P. Kelly
                                               Their President

STATE OF CONNECTICUT)
                       ) ss: Wethersfield
COUNTY OF HARTFORD  )

    On this the 10th day of July, 2007, before me, the undersigned officer, personally appeared Francis P. Kelly who acknowledged himself to be the President of Spark Line Tools, Inc. and The Kell-Strom Tool Co., Incorporated, corporations, and that he, as such President, being authorized so to do, executed the foregoing instrument for the purposed therein contained, by signing the name of the corporations by himself as President.

                                             _____
                                             Commissioner of the Superior Court
                                             JAY W. JACKSON